**Feliberto DIAZ, Plaintiff—Appellant,**

v.

**John DOE, Dr., Medical Administrator, Utilization Review Board; Phillip E. Stover, Dr., Medical Administrator, North Carolina Department of Corrections, Defendants—Appellees.**

No. 05–6033.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2005.

Decided June 27, 2005.

Feliberto Diaz, Appellant Pro Se.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

* We note that, contrary to the district court's calculations, Diaz's complaint was timely

PER CURIAM:

Feliberto Diaz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *See Diaz v. Doe,* No. CA–04–677–5–H (E.D.N.C. Dec. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

filed. We base our affirmance on the alternative grounds cited by the court.